# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-235-703

**Effective Date of Registration:**
November 30, 2020
**Registration Decision Date:**
February 03, 2021

---

### Title

| | |
|---|---|
| Title of Work: | WYLD CBD BLACKBERRY GUMMIES PRODUCT PACKAGING LABEL |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | January 01, 2020 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| Author: | Northwest Natural Goods, LLC |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | Yes |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Northwest Natural Goods, LLC<br>11791 SE Highway 212 STE 406, Clackamas, OR, 97015, United States |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Tonkon Torp LLP |
| Name: | Parna Mehrbani |
| Email: | parna.mehrbani@tonkon.com |
| Telephone: | (503)221-1440 |
| Address: | 888 SW Fifth Avenue<br>Suite 1600<br>Portland, OR 97204 United States |

## Certification

**Name:** Parna Mehrbani
**Date:** November 30, 2020
**Applicant's Tracking Number:** 40056-9000a