# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-225-605**
**Effective Date of Registration:**
November 30, 2020
**Registration Decision Date:**
December 02, 2020



## Title

**Title of Work:** WYLD CBD LEMON GUMMIES PRODUCT PACKAGING LABEL

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Northwest Natural Goods, LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Northwest Natural Goods, LLC
11791 SE Highway 212 STE 406, Clackamas, OR, 97015, United States

## Rights and Permissions

**Organization Name:** Tonkon Torp LLP
**Name:** Parna Mehrbani
**Email:** parna.mehrbani@tonkon.com
**Telephone:** (503)221-1440
**Address:** 888 SW Fifth Avenue
Suite 1600
Portland, OR 97204 United States

Page 1 of 2

**Exhibit 2**
**1 of 2**

## Certification

        **Name:** Parna Mehrbani
        **Date**: November 30, 2020
**Applicant's Tracking Number**: 40056-9000a

---

    **Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: A work made for hire is not an anonymous work. Compendium 614.1(E).