# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-225-606

**Effective Date of Registration:**
November 30, 2020
**Registration Decision Date:**
December 02, 2020

## Title

| | |
|---|---|
| Title of Work: | WYLD CBD RASPBERRY GUMMIES PRODUCT PACKAGING |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | January 01, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Northwest Natural Goods, LLC |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Northwest Natural Goods, LLC |
| | 11791 SE Highway 212 STE 406, Clackamas, OR, 97015, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Tonkon Torp LLP |
| Name: | Parna Mehrbani |
| Email: | parna.mehrbani@tonkon.com |
| Telephone: | (503)221-1440 |
| Address: | 888 SW Fifth Avenue |
| | Suite 1600 |
| | Portland, OR 97204 United States |

Page 1 of 2

Exhibit 3
1 of 2

## Certification

**Name:** Parna Mehrbani
**Date:** November 30, 2020
**Applicant's Tracking Number:** 40056-9000a

---

**Copyright Office notes:** Regarding author information: A work made for hire is not an anonymous work. Compendium 614.1(E).