# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-235-133**
Effective Date of Registration:
November 30, 2020
Registration Decision Date:
February 01, 2021

## Title

    **Title of Work:** WYLD FOLDER COVER

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** January 15, 2020
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Northwest Natural Goods, LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Domiciled in:** United States
    **Anonymous:** Yes

## Copyright Claimant

    **Copyright Claimant:** Northwest Natural Goods, LLC
    11791 SE Highway 212 STE 406, Clackamas, OR, 97015, United States

## Rights and Permissions

    **Organization Name:** Tonkon Torp LLP
    **Name:** Parna Mehrbani
    **Email:** parna.mehrbani@tonkon.com
    **Telephone:** (503)221-1440
    **Address:** 888 SW Fifth Avenue
    Suite 1600
    Portland, OR 97204 United States

## Certification

                **Name:** Parna Mehrbani
                **Date**: November 30, 2020
**Applicant's Tracking Number**: 40056-9000a